LDA

MJC:jmr 95383 \pleading\95383PetitionForRemoval

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

JASSELINE GOMEZ :
:
VS. : C.A. NO.
:
PROVIDENCE POLICE DEPARTMENT, ET AL : CA 08 60S

**PETITION FOR REMOVAL FROM STATE COURT**

To the Honorable Judges of the United States District Court for the District of Rhode Island.

Now comes the defendant, Yianiss Noel, and petitions pursuant to 28 U.S.C. §1441 and §1446 for removal of Providence Superior Court Civil Action Number PC08-0410, entitled *Jasseline Gomez v. Providence Police Department and/or City of Providence, et al*, to this Honorable Court.

Your petitioner states that he first received plaintiff's complaint when he was served with process on or about January 28, 2008. Plaintiff's complaint contains allegations that your defendant, Providence Police Officer, Yianiss Noel, deprived the plaintiff of her constitutional rights and the plaintiff seeks redress therefore, pursuant to 42 U.S.C. §1983. Accordingly, this court would have original jurisdiction over this matter pursuant to 28 U.S.C. §1331 and §1343.

Your petitioner further states that the required filing fee has been filed contemporaneously with this petition, together with a copy of all processed pleadings served upon him in this action.

Your petitioner further states that copies of this petition are being filed with all parties who have been served with process in this action as well as with the clerk of the Providence Superior Court.

Your petitioner further states that the other defendants in this action consent to removal of this action as expressly stated below.

Defendant, City of Providence, hereby expressly states its consent to the filing of this petition for removal.

DEFENDANT, Yianiss Noel,
By his Attorney,

Michael J. Colucci, Esq. #3302
OLENN & PENZA, LLP
530 Greenwich Avenue
Warwick, RI 02886
PHONE: (401) 737-3700
FAX: (401) 737-5499

DEFENDANTS, City of Providence,
By its Attorney,

Kevin McHugh by MJC

Kevin McHugh, Esq. #3927
CITY SOLICITOR'S OFFICE
275 Westminster Street
Providence, RI 02903
PHONE: (401) 421-7740 x333
FAX: (401) 351-7596

**CERTIFICATION**

I certify that I sent a true copy of the within on 2-20-08 to:

Christopher E. Fay, Esq.
917 Reservoir Avenue
Cranston, RI 02910

Barbara Malachowska