STATE OF RHODE ISLAND
PROVIDENCE, SC,

SUPERIOR COURT

JASSELINE GOMEZ

VS.

C.A. NO.: 08-

PROVIDENCE POLICE DEPARTMENT
And/or CITY OF PROVIDENCE by and
Through Alex Prignano in his capacity as
Finance Director for the City of Providence;
YIANISS NOEL, ALIAS individually and
As agent of the Providence Police
Department and/or City of Providence

**COMPLAINT**

1. The Plaintiff, Jasseline Gomez is a resident of the City of Providence, County of Providence, and State of Rhode Island.

2. Defendant, Providence Police Department, Alias is a municipal corporation organized under and operating pursuant to Rhode Island Law and is liable under the Doctrine of Respondeat Superior for the negligent acts of its agents.

3. Defendant, City of Providence, is a municipal corporation located within the City of Providence and State of Rhode Island and it is vicariously liable for the negligent acts of its agents, Defendant, Yianiss Noel, Alias under the Doctrine of Respondeat Superior; Defendant, Alex Prignano, Alias is upon information and belief the Finance Director for the City of Providence and is sued in that capacity; Notice of Claim was presented as required by law.

4. Defendant, Yianiss Noel, Alias, is a member of the Providence Police Department and upon information and belief is a resident of the City of Providence and is being sued individually and as agent of Defendants, City of Providence and Providence Police Department.

5. On or about July 31, 2007, at or about Plaintiff, Jasseline Gomez' residence of 170 Dodge Street, in the City of Providence, the Defendant, Yianiss Noel, Alias, did harass and/or detain and/or falsely arrest and/or intentionally and/or negligently and/or maliciously assault and batter your Plaintiff about her body; Plaintiff was at all times herein in the exercise of due care.

6. As a result of the actions of the City of Providence and/or Providence Police and its officer, Yianiss Noel, Alias, Plaintiff, Jasseline Gomez has suffered and continues to suffer great physical pain and mental anguish. These injuries, as well as the violations to your Plaintiff's Civil Rights specifically the right to freedom from the use of excessive and unreasonable force; the right to freedom from the deprivation of liberty without due process of law; the right to freedom from punishment without due process of law; the right to be secure in her person; the

right to due process and equal protection of the law; the right to be protected from unlawful seizure without probable cause; and such other rights, including those set forth above, which are guaranteed under the laws and Constitution of the United States, particularly by the provisions of the Fourth, Fifth, Eighth and Fourteenth Amendments to the United States Constitution and 42 U.S.C. §1981v 1983, 19859 1986 and 1988 and such other rights which are guaranteed under the laws and Constitution of the State of Rhode Island, including but not limited to claims of false arrest, negligence, loss of consortium, intentional infliction of emotional distress and assault and battery.

7. As a result of the conduct and/or outrageous actions of the Defendant, Yianiss Noel, Alias, the Plaintiff suffered personal injuries including but not limited to emotional distress, incurred medical expenses as well as the hereinbeforeplead constitutional violations, lost wages and pain and suffering in amounts sufficient to establish the jurisdiction of this Honorable Court.

WHEREFORE, the Plaintiff demands judgment against Defendants, plus interest, costs, and all other relief this Honorable Court deems just and proper.

JASSELINE GOMEZ,
By her Attorney,

FAY LAW ASSOCIATES, INC. by
Christopher E. Fay, Esq. #4651
917 Reservoir Avenue
Cranston, PI 02910
(401) 944-9600

**PLAINTIFF HEREBY CLAIMS A TRIAL BY JURY.**

**Andrew L. Alberino, III, Esq. (#5610) is hereby appointed trial counsel.**