Jan 28 + 20

Feb 22

STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS

# SUPERIOR COURT

___ *Providence County*
Licht Judicial Complex
250 Benefit Street
Providence, Rhode Island 02903

___ *Kent County*
Kent County Judicial Complex
222 Quaker Lane
Warwick, Rhode Island 02886

___ *Newport County*
Murray Judicial Complex
45 Washington Square
Newport, Rhode Island 02840

___ *Washington County*
McGrath Judicial Complex
4800 Tower Hill Road
Wakefield, Rhode Island 02879

CIVIL ACTION, FILE No. ....................

JASSELINE GOMEZ
Plaintiff

PROVIDENCE POLICE DEPARTMENT ET AL
Defendant

## Summons

*To the above-named Defendant:* Officer, YIANISS NOEL, 325 Washington St., Providence, RI

The above-named Plaintiff has brought an action against you in said Superior Court in the county indicated above. You are hereby summoned and required to serve upon Christopher E. Fay, Esq. #4651 Plaintiff's attorney, whose address is 917 Reservoir Avenue, Cranston, RI 02910 an answer to the complaint which is herewith served upon you within 20 days after service of this summons upon you, exclusive of the day of service.

If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. Your answer must also be filed with the court.

As provided in Rule 13(a) unless the relief demanded in the complaint is for damage arising out of your ownership, maintenance, operation or control of a motor vehicle, or unless otherwise provided in Rule 13(a), your answer must state as a counterclaim any related claim which you may have against the Plaintiff, or you will thereafter be barred from making such claim in any other action.

RECEIVED PROVIDENCE POLICE DEPT. HUMAN RESOURCE BUREAU 2008 JAN 28 PM 12:12

Dated: .................... A TRUE COPY ATTEST 1/28/08

(Seal of the Superior Court) EDWIN J. SEMPER, JR. CONSTABLE
DATE 1/28/08

S- 135 (REV. 02/07)

Feb 22

STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS

# SUPERIOR COURT

___ *Providence County*
Licht Judicial Complex
250 Benefit Street
Providence, Rhode Island 02903

___ *Newport County*
Murray Judicial Complex
45 Washington Square
Newport, Rhode Island 02840

___ *Kent County*
Kent County Judicial Complex
222 Quaker Lane
Warwick, Rhode Island 02886

___ *Washington County*
McGrath Judicial Complex
4800 Tower Hill Road
Wakefield, Rhode Island 02879

CIVIL ACTION, FILE No. ..........................

JASSELINE GOMEZ ..................... **Plaintiff**

PROVIDENCE POLICE DEPARTMENT ET AL ..................... **Defendant**

## ***Summons***

*To the above-named Defendant:* PROVIDENCE POLICE DEPARTMENT
325 Washington Street, Providence, RI

The above-named Plaintiff has brought an action against you in said Superior Court in the county indicated above. You are hereby summoned and required to serve upon ..........Christopher E. Fay, Esq. #4651.......... Plaintiff's attorney, whose address is ..........917 Reservoir Avenue, Cranston, RI 02910.......... an answer to the complaint which is herewith served upon you within 20 days after service of this summons upon you, exclusive of the day of service.

If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. Your answer must also be filed with the court.

As provided in Rule 13(a) unless the relief demanded in the complaint is for damage arising out of your ownership, maintenance, operation or control of a motor vehicle, or unless otherwise provided in Rule 13(a), your answer must state as a counterclaim any related claim which you may have against the Plaintiff, or you will thereafter be barred from making such claim in any other action.

RECEIVED PROVIDENCE POLICE DEPT. HUMAN RESOURCES BUREAU 2008 JAN 28 PM 4:12

........................................ CLERK

A TRUE COPY ATTEST
EDWIN J. SEMPER, JR.
CONSTABLE
DATE 1/28/08

Dated: ..........................................

(Seal of the Superior Court)

S-135 (REV. 02/07)