STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS

SUPERIOR COURT

CIVIL DOCKET SHEET

Case ID: PC-2008-0410 JASSELINE GOMEZ V PROVIDENCE POLICE DEPARTMENT

Filing Date: 01-23-2008
Case Status: CLOSED DURING DISCOVERY

Case Type: PERSONAL INJURY
Status Date: 02-27-2008

Plaintiff: JASSELINE GOMEZ
ID: @10966428

Attorney: CHRISTOPHER FAY

Defendant: PROVIDENCE POLICE DEPARTMENT
ID: @10966430

Defendant: CITY OF PROVIDENCE
ID: PROVIDENC

Defendant: ALEX PRIGNANO
ID: @10966432

Defendant: YIANISS NOEL
ID: @10966433

Attorney: MICHAEL COLUCCI

## Scheduled Events

| Date | Event | Location | Judge |
|---|---|---|---|

## Prior Events

| Date | Event | Location | Judge |
|---|---|---|---|

## Case Jacket

| Checked Out | Returned | Person | Comments/Text |
|---|---|---|---|

## Docket Entry Information

| Date | Description | Text |
|---|---|---|
| 01-23-2008 | COMPLAINT FILED | |
| 01-23-2008 | INITIAL FILING FEE | |
| 01-24-2008 | Payment Applied | A Payment of -$160.00 was made on receipt SCP264717. |
| 01-31-2008 | SUMMONS,PROOF OF SERVICE FILED | Affiliated: CITY OF PROVIDENCE |
| 01-31-2008 | SUMMONS,PROOF OF SERVICE FILED | Affiliated: PROVIDENCE POLICE DEPARTMENT |
| 01-31-2008 | SUMMONS,PROOF OF SERVICE FILED | Affiliated: NOEL, YIANISS |
| 02-14-2008 | ENTRY OF APPEARANCE | Affiliated: COLUCCI, MICHAEL |
| 02-14-2008 | ANSWER FILED | TO COMPLNT<br>Affiliated: NOEL, YIANISS |
| 02-27-2008 | NOTICE OF REMOVAL | |
| 02-27-2008 | CASE REMVD TO US DISTRICT CT | |
| 02-27-2008 | OTH DOC FILED DURING DISCOV | |

True Copy Attest

[signature]

Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence, Rhode Island

MJC:jmr 95383 \pleading\95383NoticeUSDC

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| JASSELINE GOMEZ | : | |
| | : | |
| VS. | : | C.A. NO. 08-60S |
| | : | |
| PROVIDENCE POLICE DEPARTMENT, ET AL | : | |

**NOTICE OF FILING OF STATE COURT RECORD**

Now comes the defendant, Yianiss Noel, and gives notice that he is filing herewith certified copies of all records and proceedings, including docket entries, from the matter of *Jasseline Gomez v. Providence Police Department, et al*, Providence Superior Court Civil Action Number PC08-0410, in compliance with Local Rule 81(b).

DEFENDANT, Yianiss Noel,
By his Attorney,

Michael J. Colucci, Esq. #3302
OLENN & PENZA, LLP
530 Greenwich Avenue
Warwick, RI 02886
PHONE: (401) 737-3700
FAX: (401) 737-5499

**CERTIFICATION**

I certify that I sent a true copy of the within on 2·28·08 to:

Christopher E. Fay, Esq.
917 Reservoir Avenue
Cranston, RI 02910

Kevin McHugh, Esq.
275 Westminster Street
Providence, RI 02903

Judi M Robinson