MJC:jmr 95383 \pleading\95383Answer

STATE OF RHODE ISLAND
PROVIDENCE, SC.

SUPERIOR COURT

JASSELINE GOMEZ :
:
VS. : C.A. NO. 08-0410
:
PROVIDENCE POLICE DEPARTMENT, ET AL :

## ANSWER OF DEFENDANT, YIANISS NOEL

### COUNT I

1. Neither admitted nor denied.
2. Denied.
3. Admit that the City is a municipal corporation. Deny the remaining allegations.
4. Admit to being a member of the police department.
5. Denied.
6. Denied.
7. Denied.

WHEREFORE, defendant, Yianiss Noel, demands judgment against the plaintiff.

### AFFIRMATIVE AND/OR OTHER DEFENSES

1. Defendant pleads assumption of the risk.
2. Defendant pleads qualified immunity.

SUPERIOR COURT
FILED
HENRY S. KINCH JR.
08 FEB 14 PM 12: 38

True Copy Attest
Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence, Rhode Island

The defendant hereby demands a trial by jury.

DEFENDANT, Yianiss Noel,
By his Attorney,

Michael J. Colucci, Esq. #3302
OLENN & PENZA, LLP
530 Greenwich Avenue
Warwick, RI 02886
PHONE: (401) 737-3700
FAX: (401) 737-5499

**CERTIFICATION**

I certify that I sent a true copy of the within on 2·13·08 to:

Christopher E. Fay, Esq.
Fay Law Associates, Inc.
917 Reservoir Avenue
Cranston, RI 02910

Kevin McHugh, Esq.
City Solicitor's Office
275 Westminster Street
Providence, RI 02903

Judi M Robinson

True Copy Attest

Office of Clerk of Superior Court
Counties of Providence & Bristol
Providence, Rhode Island