**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| JASSELINE GOMEZ | : | |
| | : | |
| VS | : | C.A. NO. 08-60S |
| | : | |
| PROVIDENCE POLICE DEPARTMENT, ET AL | : | |

**DEFENDANTS, CITY OF PROVIDENCE AND PROVIDENCE POLICE DEPARTMENTS, ANSWER TO PLAINTIFF'S COMPLAINT**

1. Defendants neither admit nor deny but are without knowledge or information sufficient to form an opinion as to the truth of the allegations contained in Paragraph 1 of Plaintiff's Complaint and leave Plaintiff to her proof thereof.

2. Defendants deny generally and specifically the allegations contained in Paragraph 2 of Plaintiff's Complaint.

3. Defendants admit that Defendant City of Providence is a municipal corporation located within the City of Providence and the State of Rhode Island. Defendants neither admit nor deny but are without knowledge or information sufficient to form an opinion as to the truth of the remaining allegations contained in Paragraph 3 of Plaintiff's Complaint.

4. Defendants neither admit nor deny but are without knowledge or information sufficient to form an opinion as to the truth of the allegations contained in Paragraph 4 of Plaintiff's Complaint and leave Plaintiff to her proof thereof.

5. Defendants deny generally and specifically the allegations contained in Paragraph 5 of Plaintiff's Complaint.

6. Defendants deny generally and specifically the allegations contained in Paragraph 6 of Plaintiff's Complaint.

7. Defendants deny generally and specifically the allegations contained in Paragraph 7 of Plaintiff's Complaint.

## AFFIRMATIVE DEFENSES

1. That any injury or damage suffered by the Plaintiff was caused solely by reason of the Plaintiff's wrongful acts and conduct.

2. That the actions of the Defendant and/or Defendant's agents in all respects were reasonable, proper and legal.

3. To the extent that the Plaintiff suffered any damages, such damages were caused or contributed to by the Plaintiff's negligence.

4. To the extent that the Plaintiff suffered any damages, the risk of such damages were assumed by the Plaintiff.

5. The Defendant's agents acted, at all times material hereto, in good faith.

6. The Defendant's agents had legal justification for all its actions relative to the Plaintiff.

7. Defendant's liability is limited by R.I.G.L. Section 9-31-3.

8. That the actions of the Defendant were lawful and proper and probable cause existed for the arrest of Plaintiff.

9. The Providence Police Department is not a legal entity.

10. The Providence Police Department is not amenable to suit under 42 U.S.C. §1983.

WHEREFORE, Defendants pray that Plaintiff's Complaint be denied and dismissed, that judgment enter for these Defendants and that Defendants be granted costs and attorneys fees.

Defendants,
City of Providence and Providence
Police Department
By their Attorneys:
Joseph M. Fernandez, City Solicitor

/s/ Kevin F. McHugh
Kevin F. McHugh (#3927)
Senior Assistant City Solicitor
City of Providence Department of Law
275 Westminster Street, Suite 200
Providence, Rhode Island 02903
(401) 421-7740 ext. 333
(401) 351-7596 (fax)
kevin_mc1950@hotmail.com

Certificate of Service

I hereby certify that on this 17th day of March 2008, I filed this document electronically and that it is available for viewing and downloading from the ECF system. This document was served by electronic mail upon:

Christopher E. Fay, Esquire
Fay Law Associates, Inc.
917 Reservoir Avenue
Cranston, Rhode Island 02910
chrisf@faylaw.net

Michael J. Colucci, Esquire
Olenn & Penza, LLP
530 Greenwich Avenue
Warwick, Rhode Island 02886
mjc@olenn-penza.com

/s/ Kevin F. McHugh
Kevin F. McHugh