AO 458 (Rev. 5/85) Appearance

# United States District Court

DISTRICT OF

Jasseline Gomes

vs.

Providence Police Department

**APPEARANCE**

CASE NUMBER: 08-60S

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for Plaintiff

4-25-08

*Date*

*Signature*

Andrew Albertino

*Print Name*

917 Reservoir Avenue

*Address*

Cranston RI. 02910

*City* *State* *Zip Code*

(401) 944-9600

*Phone Number*